A091 (Rev. 8/01) Criminal Complaint

Clerk, U.S. District Court
Southern District of Texas
FILED

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS

MAR 1 8 2015

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA
V.
**Alejandra GUTIERREZ**
AKA:
**Alejandra ORTEGA-De Gutierrez**

**CRIMINAL COMPLAINT**

Case Number: C-15-314M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **March 17, 2015** in **Brooks** County, in the
(Date)

Southern District of Texas, the defendant(s)     **Alejandra GUTIERREZ**
                                                        AKA:
                                                 **Alejandra ORTEGA-De Gutierrez**

did knowingly possess with intent to distribute approximately about 1.67 Kilograms or about 3.67 pounds (gross weight) of a Schedule 1 Controlled Substance, Marijuana.

in violation of Title ____21____ United States Code, Section(s) ____841____.
I further state that I am a(n)     **Special Agent**     and that this complaint is based on the
                                    Official Title
following facts:

See Attached Affidavit of ICE Special Agent     **Eric McCall**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

_____
Signature of Complainant

**Eric McCall**
Printed Name of Complainant

Sworn to before me and signed in my presence, and probable cause found

**March 18, 2015**                                at     **Corpus Christi, Texas**
Date                                                      City and State

**B. Janice Ellington   U.S. Magistrate Judge**           _____
Name and Title of Judicial Officer                        Signature of Judicial Officer

# Affidavit

On March 17, 2015, DHS-ICE-HSI Corpus Christi received information from the Falfurrias Border Patrol Checkpoint regarding the arrest of a Resident Alien from Mexico, Alejandra GUTIERREZ, for attempting to smuggle approximately 3.67 pounds (1.67 Kilograms) of Marijuana through the Checkpoint.

On March 17, 2015, at about 5:15 PM, Alejandra GUTIERREZ arrived at the Border Patrol Checkpoint located on U.S. Highway 281 south of Falfurrias, Texas. Alejandra GUTIERREZ was a passenger onboard an El Expresso bus.

In Secondary, a Border Patrol Agent boarded the bus in order to perform an Immigration Inspection of the passengers on the bus. Alejandra GUTIERREZ presented her Resident Alien card to a Border Patrol Agent. According to the Border Patrol report, the Border Patrol Agent thought Alejandra GUTIERREZ seemed nervous, and it seemed that Alejandra GUTIERREZ was trying to keep her back out of the Agent's view. Then, the Border Patrol Agent observed what appeared to be a bulge on Alejandra GUTIERREZ' upper right back, so she was asked to exit the bus.

As Alejandra GUTIERREZ was getting off the bus, the bulge on her back seemed more pronounced, so Border Patrol Agents performed a pat down. The Border Patrol Agent felt several hard rectangular shaped objects on Alejandra GUTIERREZ' back, so she was arrested for suspicion of drug smuggling.

Inside the checkpoint, 6 fabric wrapped rectangular bundles weighing 1.67 Kilograms or about 3.67 pounds were removed from Alejandra GUTIERREZ. The 6 bundles contained a green substance that tested positive for Marijuana.

Alejandra GUTIERREZ was advised of her Miranda rights via service form I-214, and she requested to speak to an attorney before making a statement.

AUSA Sam Brown approved prosecution.

_____
Eric McCall, Special Agent
HSI Homeland Security Investigations


SWORN TO AND SUBSCRIBED BEFORE ME this 18th day of March 2015.

_____
B. Janice Ellington
UNITED STATES MAGISTRATE JUDGE